| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FRANCISCO JAVIER AGUIRRE, JR., *et al.*, §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:13-CV-384
§
S&B ENGINEERS AND CONSTRUCTORS §
LTD., §
§
    Defendant. §

## ORDER

The Court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation on the parties' joint motion for approval of settlement. Judge Giblin recommended that the Court grant the motion by finding that the proposed settlement in this matter is a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act (FLSA). The parties filed a notice of no objections to the magistrate judge's recommendation (#93). Having considered the magistrate judge's report and the lack of opposition to his findings and recommendation, the Court **ORDERS** that the Report and Recommendation (#91) and the specific findings therein are **ADOPTED**. It is further **ORDERED** that Joint Motion to Approve Settlement (#88) is **GRANTED IN PART and DENIED IN PART** as recommended by Judge Giblin.

SIGNED at Beaumont, Texas, this 24th day of November, 2015.

                                                MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE